```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

ARA F. KALPAK,                       *

    Appellant,                       *

vs.                                  *
                                                                          CASE NO. 3:12-MC-4

CITIBANK NATIONAL ASSOCIATION,       *

    APPELLEE.                        *

---

O R D E R

In the underlying bankruptcy proceeding, the Bankruptcy Judge granted Appellee Citibank National Association relief from stay on April 27, 2012. Order Granting Mot. for Relief from Stay, *Citibank, N.A. v. Kalpak (In re Kalpak)*, No. 12-30456 (JPS) (Bankr. M.D. Ga. Apr. 27, 2012), Bankr. ECF No. 25. That Order was docketed on April 30, 2012, *id.*, and on May 14, 2012, *pro se* Appellant Ara Kalpak filed a timely Notice of Appeal (ECF No. 1). Appellant, however, failed to pay the requisite filing fee when filing the Notice of Appeal. *See* Fed. R. Bankr. P. 8001(a) (a Notice of Appeal shall be "accompanied by the prescribed fee"). Further, Appellant failed to file the record on appeal, issues to be presented, and designation of items within fourteen days of filing the Notice of Appeal as required by Federal Rule of Bankruptcy Procedure 8006. As of the date of

this Order, Appellant has not complied with the requirements for pursuing an appeal.

The Court orders Appellant to show cause within fourteen days of today's Order as to why this appeal should not be dismissed for failure to follow the Federal Rules of Bankruptcy Procedure regarding timely payment of a filing fee and timely filing of the required documentation.

IT IS SO ORDERED, this 19th day of June, 2012.

                                      S/Clay D. Land
                                          CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE